UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DA LI DEVELOPMENT USA LLC,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD GAUBE et al.,<br>　　　　　　　Defendants. | CASE NO. C24-00561-KKE<br><br>ORDER TO FILE A SUPPLEMENTAL DISCLOSURE STATEMENT |

　　　　This matter comes before the Court *sua sponte*.  Plaintiff Da Li Development USA LLC ("Da Li") commenced this action, asserting this Court has subject matter jurisdiction on the basis of diversity of citizenship between the parties.  Dkt. No. 1 at 2.

　　　　The Federal Rules of Civil Procedure require that in an action where jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party must file a disclosure statement that identifies the citizenship of every individual or entity whose citizenship is attributed to that party.  Fed. R. Civ. P. 7.1(a)(2)(A).[1]  Each party must file a disclosure statement with that party's "first appearance, pleading, petition, motion, response, or other request addressed to the court[.]"  Fed. R. Civ. P. 7.1(b)(1).

---

[1] Local Civil Rule 7.1 also requires disclosure of "any member or owner in a joint venture or limited liability corporation (LLC)" and, in diversity cases, a list of "those states in which the party, owners, partners, or members are citizens."

ORDER TO FILE A SUPPLEMENTAL DISCLOSURE STATEMENT - 1

As an LLC, Da Li "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Da Li filed a disclosure statement identifying its "one individual governor" as a "citizen of the United States." Dkt. No. 5 at 1. This statement is insufficient because it does not identify the <u>state</u> citizenship of "every individual or entity whose citizenship is attributable" to Da Li. Fed. R. Civ. P. 7.1(a)(2). Rather, the disclosure statement filed by Da Li identifies only the governor's national citizenship. Dkt. No. 5 at 1.

For the foregoing reasons, the Court ORDERS Da Li to file, no later than May 14, 2024, a supplemental disclosure statement that identifies the name and state citizenship of each individual or entity whose citizenship is attributable to Da Li, in compliance with Federal Rule of Civil Procedure 7.1(a)(2).

Dated this 7th day of May, 2024.

Kymberly K. Evanson
United States District Judge